GEORGE O. HANSHEW, Respondent, v. HERDAN REALTY CORPORATION, Appellant.— Motion to resettle order granted to the extent that the order shall specify that the plans and specifications be produced upon the examination under the *subpœna duces tecum.* Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ. Settle order on notice.

In the Matter of the Petition of WILLIAM H. DANIELS, as Administrator, etc., of MARY B. DANIELS, Deceased, for Discovery of Property Withheld.— Motion for leave to file undertaking granted on condition that undertaking be filed within five days from date of entry of order hereon, and that appellant pay ten dollars costs and disbursements; otherwise, motion denied. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

In the Matter of the Petition of WILLIAM H. DANIELS, as Administrator, etc., of MARY B. DANIELS, Deceased, for Discovery of Property Withheld.— Motion to dismiss appeal denied on condition that undertaking be filed within five days from date of entry of order hereon, and that appellant pay ten dollars costs and disbursements; otherwise, motion granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ. Settle order on notice.

In the Matter of the Application of BENNY SABATINO, etc.— Motion to dispense with printing record on appeal granted. Appeal to be heard on original papers. Appellant's points to be typewritten. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

EVELYN LANE, an Infant, by CHARLES C. LANE, Her Guardian ad Litem, Respondent, v. RUBEL COAL AND ICE CORPORATION, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ROBERT BLADEN MITCHELL, Respondent, v. MORRIS RAPPAPORT, Appellant.— Motion to resettle order of reversal granted. Order signed. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ANTONIO PALLINI, Respondent, v. MARIE A. MENTON, Appellant.— Motion to dismiss appeal denied, with leave to renew on proper papers. The present motion papers are defective, and do not comply with the rules. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

CHARLES PREISER, Respondent, v. LOUISE R. PAPE and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ZIPE ROCKOVE, Appellant, v. SAM GOLD, Respondent, and Others, Defendants. — Motion for stay granted pending decision of appeal from order. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

CHRIST SCHENK and Another, Appellants, v. MARIE WINTERMEYER FRANZREB, etc., Respondent.— Motion for leave to file exceptions to decision granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ. Settle order on notice.

MARTHA C. SEARS, Respondent, v. EMILIE J. HETFIELD and Another, Appellants. — Motion to resettle order granted. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.